## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### FORT POLK DIVISION

UNITED STATES OF AMERICA

v.

Michael A. Perry
120 S. Cranford Road Apt 11F
Berkeley, SC 29445
SSAN# XXX-XX-1215

Criminal # 7:09-cr-00264
MAGISTRATE JUDGE KAY

La. R.S. 14:40.3
18 USC 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### BILL OF INFORMATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I (VN# 22666629)

That on or about May 05, 2009, at Fort Polk, Louisiana, of the Western District of Louisiana, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, Michael A. Perry did unlawfully use electronic mail to communicate a threat to his wife and unit as prohibited by Section 40.3 of Title 14, Louisiana Revised Statues (LRS) 14:40.3, in violation of Title 18, Section 13 United States Code.

Donald W. Washington
United States Attorney

By:   Brockton B. Bosson
Special Assistant U.S. Attorney